

UNITED STATES COURT OF INTERNATIONAL TRADE
ONE FEDERAL PLAZA
NEW YORK, NY 10278-0001

CHAMBERS OF
TIMOTHY C. STANCEU
JUDGE

March 4, 2025

Jeffrey I. Kessler, Esq.
Alexandra S. Maurer, Esq.
David J. Ross, Esq.
Jacob A. Laband, Esq.
Lindsey A. Ricchi, Esq.
Stephanie E. Hartmann, Esq.
Sydney J. Warren, Esq.
Wilmer, Cutler, Pickering, Hale & Dorr, LLP
2100 Pennsylvania Avenue, NW.
Washington, DC 20037

Daniel Bertoni, Esq.
U.S. Department of Justice
Commercial Litigation Branch - Civil Division
P.O. Box 480
Ben Franklin Station
Washington, DC 20044

Ashlande Gelin, Esq.
Of Counsel
U.S. Department of Commerce
Office of Chief Counsel for Trade Enforcement and Compliance
1401 Constitution Avenue, NW
Washington, DC 20230

William G. Isasi, Esq.
Julia H. Shults, Esq.
Kathleen McNulty, Esq.
Wanyu Zhang, Esq.
Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001

Hardeep K. Josan, Esq.
Jordan B. Bakst, Esq.
Micaela R.H. McMurrough, Esq.
Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
42nd Floor
New York, NY 10018

Jonathan M. Zielinski, Esq.
Chase J. Dunn, Esq.
James E. Ransdell, IV, Esq.
Stephen A. Laufer, Esq.
Cassidy Levy Kent (USA) LLP
2112 Pennsylvania Avenue, NW
Suite 300
Washington, DC 20037

Re:    *The Mosaic Company v. United States*
       Court Number 24-00229

---

Dear Counsel:

     Pursuant to the Rules of this Court, a scheduling order is to be entered pertaining to the above-captioned case. I would appreciate your conferring with counsel for the other parties to develop a proposed schedule that will achieve the purposes of Rules 16 and 56.2. In accordance with Rule 56.2, plaintiff's attorney is directed to file with the Clerk of this Court and serve on the other parties on or before June 2, 2025 the following:

(1)  a proposed scheduling order that is in substantial compliance with Rule 56.2 and agreed to by all parties; or

(2)  in the event an agreement cannot be reached by the respective parties concerning proposed dates in the scheduling order, a proposed scheduling order, by each party, that is in substantial compliance with Rule 56.2.

If counsel have any questions concerning the scheduling order, please contact Mr. Lewis Hugh, my Case Manager, on (212) 264-2923 no later than June 2, 2025.

With respect to further proceedings in this case, counsel are directed to the requirements of the *Standard Chambers Procedures*, on the Court's website, www.cit.uscourts.gov.

Further, to ensure that the Court properly notes that there is a request for oral argument, any motion for oral argument shall be filed separately (and in accordance with Rule 56.2 (e)).

I appreciate your cooperation in these matters.

                    Very truly yours,

                      /s/ Timothy C. Stanceu
                    Timothy C. Stanceu
                    Judge